THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-88-MR-DLH

| | |
|---|---|
| ENVIRONMENTALLY CONSCIOUS RECYCLING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| QUALITY RECYCLING EQUIPMENT, INC. and DOUG KING, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on notice from the mediator that this case has been completely settled [Doc. 7]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: November 6, 2012

Martin Reidinger
United States District Judge