# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-88-MR-DLH

| | |
|---|---|
| ENVIRONMENTALLY CONSCIOUS RECYCLING, INC., ) ) ) Plaintiff, ) ) vs. ) ) QUALITY RECYCLING EQUIPMENT, ) INC. and DOUG KING, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on notice from the mediator that this case has been completely settled [Doc. 7]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED**.

Signed: November 6, 2012

Martin Reidinger
United States District Judge